# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1049.  LAMONT T. HENDRIX v. THE STATE.**

Lamont T. Hendrix was convicted of aggravated assault, battery, and simple battery.  Hendrix filed a motion for new trial, which the trial court denied in an order entered on October 29, 2012.  Hendrix filed his notice of appeal on Thursday, November 29, 2012.   We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Hendrix did not file his notice of appeal until 31 days after entry of the judgment he seeks to appeal. Accordingly, his appeal is hereby DISMISSED as untimely.

We note, however, that Hendrix may be entitled to pursue an out-of-time appeal. He is therefore informed of the following in accordance with *Rowland v. State*, supra: This appeal has been dismissed because your counsel failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Hendrix and Hendrix's attorney, and the latter is also directed to send a copy to Hendrix.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/07/2013
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

            *, Clerk.*